# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 15, 2025

Samuel Weiss
Rights Behind Bars
1800 M ST NW FRONT 1 #33821
WASHINGTON, DC 20033

Appeal Number: 25-11670-E
Case Style: James Ellard v. B. Cannon
District Court Docket No: 3:25-cv-00281-MMH-PDB

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Motion to reinstate appeal [10579294-2] filed by Attorney Samuel Weiss for Appellant James Ellard.
Reason(s) no action being taken on filing(s): The deficiencies that caused this case to be dismissed have not been remedied. Additionally, the documents must be attached as exhibits to the Motion.

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected document out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

- not completing the web-based CIP. See 11th Cir. R. 26.1-1(b).

## CORRECTIVE ACTION

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include**

any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers
General Information:    404-335-6100          Attorney Admissions:          404-335-6122
Case Administration:    404-335-6135          Capital Cases:                404-335-6200
CM/ECF Help Desk:     404-335-6125          Cases Set for Oral Argument: 404-335-6141

Notice No Action Taken